**Order entered July 13, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00083-CV

## IN THE INTEREST OF D.A., T.A., Y.A., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-10975**

## ORDER

The reporter's record in this appeal has not been filed. By letter filed July 12, 2021, Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, informs us that the underlying proceeding was heard in the Associate IV-D Court where Cassandra Anderson is the official reporter. Accordingly, we **ORDER** Ms. Anderson to file, no later than August 2, 2021, (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant has not requested the record. Because the clerk's record includes a statement of inability to afford costs filed by appellant and nothing

before the Court reflects appellant has been ordered to pay costs, any record shall be filed without payment of costs.  *See* TEX. R. CIV. P. 145.

*We caution appellant that the appeal may be submitted without the reporter's record should Ms. Anderson inform the Court the record has not been requested.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Anderson and the parties.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE